UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILBERT ALEXANDER ANAYA MURCIA,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH GODFREY, et al.,<br><br>Defendants. | CASE NO. C19-0587JLR<br><br>ORDER OF REFERENCE |

The court hereby refers all pretrial proceedings in this case to United States

Magistrate Judge Brian A. Tsuchida pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of

Civil Procedure 72, and Local Rules W.D. Wash. MJR 3 and 4.  The Magistrate Judge

shall:

1. Consider and take appropriate action upon any and all motions currently pending,

   and any other motions filed prior to the resolution of this case;

2. Supervise the completion of discovery; and

ORDER - 1

1      3.  Consider and act upon such other matters as might arise prior to the resolution of

2          this case.

3          Review of actions by the Magistrate Judge shall be in accordance with the

4   provisions of 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, and Local Rules

5   W.D. Wash. MJR 3 and 4.

6          Dated this 23rd day of April, 2019.

7

8   _____

9   JAMES L. ROBART
    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2