UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILBERT ALEXANDER ANAYA MURCIA,

    Plaintiff,

v.

ELIZABETH GODFREY, et al.,

    Defendants.

Case No. C19-587-JLR

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, *Plaintiff's Objections of the Report and Recommendation (DKT # 26),* and the balance of the record, and Court finds and **ORDERS**:

1. The Report and Recommendation is **ADOPTED**.

2. The Government's motion to dismiss for lack of subject matter jurisdiction, Dkt. 9, is **GRANTED**.

3. Plaintiff's motion for summary judgment, Dkt. 20, is **DENIED** as moot.

4. This action is **DISMISSED** without prejudice.

\\

\\

ORDER OF DISMISSAL- 1

5. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 29th day of October, 2019.

JAMES L. ROBART
United States District Judge