UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILBERT ALEXANDER ANAYA MURCIA,<br><br>                 Petitioner,<br><br>   v.<br><br>ELIZABETH GODFREY, et al.,<br><br>                 Respondents. | CASE NO. C19-587-JLR<br><br>**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL** |

Currently before the Court is petitioner's application to proceed *in forma pauperis* ("IFP") on appeal. *See* General Order 02-19 (automatically referring IFP applications to magistrate judges). The Court GRANTS petitioner's application. Dkt. 29. Although petitioner paid the $5.00 filing fee to pursue this action in the district court, his application to proceed IFP on appeal establishes that he is indigent and financially eligible for IFP status. *See id.* He also has met the necessary requirements of Federal Rule of Appellate Procedure 24(a)(1), and there is no evidence that the instant appeal is not taken in good faith, *see* 28 U.S.C. § 1915(a)(3).

DATED this 12th day of November, 2019.

                                                          _____
                                                          BRIAN A. TSUCHIDA
                                                          Chief United States Magistrate Judge